Edward F. OLSEN, Plaintiff-Appellant,

v.

BABY WORLD COMPANY, Inc. and Alan Daniels, Defendants-Appellees.

No. 71, Docket 23673.

United States Court of Appeals Second Circuit.

Argued Nov. 15, 1955.

Decided Dec. 5, 1955.

Robert A. Sloman, Detroit, Mich. (John C. Blair, Stamford, Conn., and William H. Parmelee, Pittsburgh, Pa., of counsel), for plaintiff-appellant.

Mock & Blum, New York City, for defendants-appellees.

Before FRANK, MEDINA and HINCKS, Circuit Judges.

PER CURIAM.

Affirmed on the opinion of Judge Galston, 126 F.Supp. 660.

MURILLO LTDA. and Herman Hollander, Inc., Libelants-Appellants,

v.

THE BIO BIO, THE PARAGUAY, THE ARGENTINA, their engines, boilers, etc., Rederiaktiebolaget Nordstjernan, Axel Axelson Johnson and Johnson Line, Respondents-Appellees.

No. 150, Docket 23655.

United States Court of Appeals Second Circuit.

Argued Dec. 13 and 14, 1955.

Decided Dec. 14, 1955.

Hill, Rivkins, Middleton, Louis & Warburton, New York City (Yorkston W. Grist and John G. Poles, New York City, of counsel), for appellants.

Haight, Gardner, Poor & Havens, New York City (Tallman Bissell, New York City, of counsel), for appellees.

Before CLARK, Chief Judge, MEDINA and WATERMAN, Circuit Judges.

PER CURIAM.

Orders, D.C., 127 F.Supp. 13, affirmed in open court on the authority of W. H. Muller & Co. v. Swedish American Line, Ltd., 2 Cir., 224 F.2d 806.